UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RON KIRK THOMPSON (#111262)                                        CIVIL ACTION

VERSUS

JONATHAN R. ROUNDTREE, ET AL.                                    NO. 09-0803-RET-DLD

**O R D E R**

Considering the plaintiff's correspondence dated December 8, 2009, rec.doc.no. 20, wherein he requests assistance in obtaining service upon two defendants for whom service was not accepted at the offices of the Louisiana Department of Public Safety and Corrections,

**IT IS ORDERED** that, within fifteen (15) days of the date of this Order, the defendants shall provide, in writing, the full name of the defendant identified in the plaintiff's Complaint as **CAPTAIN HAYES** (who is described as being the West Yard Cellblock Supervisor or Main Prison Cellblock Supervisor at the Louisiana State Penitentiary) and shall file with the Court, **UNDER SEAL**, the last known address of defendant **CAPTAIN HAYES** if this defendant is no longer employed by the Louisiana Department of Public Safety and Corrections.

**IT IS FURTHER ORDERED** that, within fifteen (15) days of the date of this Order, the defendants shall file with the Court, **UNDER SEAL**, the last known address of defendant **SGT. MONTRELL ROBINSON.**

**IT IS FURTHER ORDERED** that, upon the full name of defendant **CAPTAIN HAYES** and the last known addresses of defendants **CAPTAIN HAYES** and **SGT. MONTRELL ROBINSON** being filed with the Court, the Clerk of Court is directed to issue summons, together with a copy of the Complaint and any Amended Complaints, and the United States Marshal is directed to serve defendants **CAPTAIN HAYES** and **SGT. MONTRELL ROBINSON**, wherever found.

**IT IS FURTHER ORDERED** that, after all proceedings are final in this matter, the documents filed under seal containing the last known addresses of defendants **CAPTAIN HAYES** and **SGT.**

NLT/PAH

**MONTRELL ROBINSON** shall be destroyed.

Signed in Baton Rouge, Louisiana, on March 1, 2010.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**