UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RON KIRK THOMPSON (#111262)

VERSUS

JONATHAN R. ROUNDTREE, ET AL

CIVIL ACTION

NO. 09-803-BAJ-DLD

## RULING

The Court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation dated February 24, 2011, to which no objection has been filed, hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the plaintiff's claims against defendants, Parnell Davis and Anthony Johnson, Sr., shall be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Court shall decline to exercise supplemental jurisdiction over the plaintiff's state law claims, and this action shall be dismissed.

Baton Rouge, Louisiana, April 27, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA